# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135528 & (70)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JERALD CONNELL JAMES,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135528
COA: 271086
Wayne CC: 06-000926-01

     On order of the Court, the application for leave to appeal the November 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

t0317